IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 16408
COUNTY HIGHWAY G, MUSCODA, TOWN OF
CASTLE ROCK, GRANT COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

        Defendant.

Case No. 08-C-594

---

ORDER DESIGNATING THE OFFICIAL INTERNET
GOVERNMENT FORFEITURE SITE FOR PUBLICATION OF NOTICE

---

WHEREAS, on the 8th day of October 2008, the United States of America filed a complaint for forfeiture in rem against the above-named defendant property for reasons mentioned in said complaint; and

WHEREAS, this Court has reviewed the complaint for forfeiture in rem; and

WHEREAS, it appears that the conditions for a civil action in rem exist; and

WHEREAS, it appears that the official internet government forfeiture site www.forfeiture.gov are reasonably calculated to give notice of this action to potential claimants and other interested persons;

Dockets.Justia.com

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the official internet government forfeiture site www.forfeiture.gov is appropriate for publication of notice of this action, according to law.

SO ORDERED this 10TH day of October 2008, in the Western District of Wisconsin.

BY THE COURT:

STEPHEN L. CROCKER
United States Magistrate Judge