IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 16408       Case No. 08-C-594
COUNTY HIGHWAY G, MUSCODA, TOWN OF
CASTLE ROCK, GRANT COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

        Defendant.

---

CERTIFICATE OF REASONABLE CAUSE

---

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant real property located at 16408 County Highway G, Muscoda, Town of Castle Rock, Grant County, Wisconsin, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

Executed this 14th day of October 2009.

*Barbara B Crabb*
BARBARA B. CRABB
Chief United States District Court Judge